AMERICAN NATIONAL BANK ET AL., APPELLEES, *v.* TOUCHE ROSS & COMPANY; ARTHUR YOUNG & COMPANY, APPELLANT.

[Cite as *Am. Natl. Bank v. Touche Ross & Co.* (1996), 74 Ohio St.3d 482.]

(No. 94–2178—Submitted September 12, 1995—Decided February 7, 1996.)

*Ernst & Young LLP, Kathryn A. Oberly,* General Counsel, and *Thomas L. Riesenberg, pro hac vice,* Assistant General Counsel, for appellant.

*Ulmer & Berne, Marvin L. Karp* and *Richard G. Witkowski,* for appellees.

*Blaugrund, Sweeney, Gabel, Herbert & Mesirow, Steven A. Martin* and *Christopher B. McNeil,* urging affirmance for *amicus curiae,* Ohio Society of Certified Public Accountants.

---

*Per Curiam.* In *Scioto Mem. Hosp. Assn., Inc. v. Price Waterhouse* (1996), 74 Ohio St.3d 474, 659 N.E.2d 1268, syllabus, decided today, we held that comparative negligence applies to cases involving accountant negligence. In so doing, we rejected the *National Surety* rule (which in point of fact we had never actually espoused). The rule of *National Surety* bars the presentation of evidence of a client's negligence, by an accountant defendant, unless the client's negligence contributed to the accountant's negligent audit or interfered with the accountant's audit. See *Natl. Sur. Corp. v. Lybrand* (1939), 256 A.D. 226, 235–236, 9 N.Y.S.2d 554, 563.

American National Bank ("ANB") filed suit against Touche Ross & Company and Arthur Young & Company alleging negligence as stated above. Prior to trial, ANB filed a motion *in limine* to prevent Arthur Young from introducing evidence that might tend to show negligence by the management of ANB. The trial court granted this motion. Given our holding in *Scioto Memorial Hospital,* the trial court's action was error. We therefore reverse the decision of the court of appeals affirming the decision of the trial court with respect to the motion *in limine,* and remand this matter to the trial court for further proceedings in accordance with this opinion.

*Judgment reversed*
*and cause remanded.*

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS and COOK, JJ., dissent.

COOK, J., dissenting. The parties have appealed a preliminary ruling of the trial court, the ruling on a motion *in limine*. Such is not a final appealable order and, therefore, is not a subject for review on appeal. This appeal should be dismissed as having been improvidently allowed.

DOUGLAS, J., concurs in the foregoing dissenting opinion.